# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1.2
### Eastern Division

Jokari Miller

                           Plaintiff,

v.                                                      Case No.: 1:16–cv–04234

                                                                    Honorable Sara L. Ellis

Chief Ronald Watson Watson, et al.

                           Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, August 1, 2017:

      MINUTE entry before the Honorable Sara L. Ellis: Pursuant to stipulation to dismiss [42], this action is dismissed with prejudice. Each party shall bear their own attorney's fees, costs and expenses. Civil case terminated. Mailed notice(rj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.